FILED

2016 OCT 26 PM 2:27

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:16-cr-453T30AAS
18 U.S.C. § 2119
EUGENE WILLIS,   18 U.S.C. § 924(c)(1)(A)(ii)
SEDRICK LAMAR HAMILTON and
JUSTIN DEONTAE CRUMPTON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 8, 2016, in the Middle District of Florida,

EUGENE WILLIS,
SEDRICK LAMAR HAMILTON and
JUSTIN DEONTAE CRUMPTON,

the defendants, did knowingly take a motor vehicle, namely, a 2012 Dodge Charger, that had been transported, shipped, and received in interstate commerce, from the person and presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of 18 U.S.C. §§ 2119 and 2.

### COUNT TWO

On or about October 8, 2016, in the Middle District of Florida,

EUGENE WILLIS,
SEDRICK LAMAR HAMILTON and
JUSTIN DEONTAE CRUMPTON,

the defendants, did knowingly use and carry a firearm during and in relation to, and possess a firearm in furtherance of, a crime of violence for which the defendants may be prosecuted in a Court of the United States, that is, carjacking, as charged in Count One of this Indictment, in violation of 18 U.S.C. §§ 2119 and 2, and brandished the firearm in the course of committing the offense.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

### COUNT THREE

On or about October 8, 2016, in the Middle District of Florida,

EUGENE WILLIS,
SEDRICK LAMAR HAMILTON and
JUSTIN DEONTAE CRUMPTON,

the defendants, did knowingly take a motor vehicle, namely, a 2013 Kia Optima, that had been transported, shipped, and received in interstate commerce, from the person and presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of 18 U.S.C. §§ 2119 and 2.

### COUNT FOUR

On or October 8, 2016, in the Middle District of Florida,

EUGENE WILLIS,
SEDRICK LAMAR HAMILTON and
JUSTIN DEONTAE CRUMPTON,

the defendants, did knowingly use and carry a firearm during and in relation to, and possess a firearm in furtherance of, a crime of violence for which the defendants may be prosecuted in a Court of the United States, that is, carjacking,

as charged in Count Three of this Indictment, in violation of 18 U.S.C. §§ 2119 and 2, and brandished the firearm in the course of committing the offense.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

## FORFEITURES

1.  The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. §§ 924(d)(1), 982(a)(5) and 28 U.S.C. § 2461(c).

2.  Upon conviction of the violations alleged in Counts One and Three of this Indictment,

> EUGENE WILLIS,
> SEDRICK LAMAR HAMILTON and
> JUSTIN DEONTAE CRUMPTON,

shall forfeit to the United States of America, pursuant to Title 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violations.

3.  Upon conviction of the violations alleged in Counts Two and Four of this Indictment,

> EUGENE WILLIS,
> SEDRICK LAMAR HAMILTON and
> JUSTIN DEONTAE CRUMPTON,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the violation of 18 U.S.C. § 924(c).

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853 (p), directly and as incorporated by reference in 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson *deputy*

A. LEE BENTLEY, III
United States Attorney

By: _____
Carlton C. Gammons
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EUGENE WILLIS,
SEDRICK LAMAR HAMILTON and
JUSTIN DEONTAE CRUMPTON

## INDICTMENT

Violations:

Title 18, United States Code, Section 2119
Title 18, United States Code, Section 924(c)(1)(A)(ii)

A true bill,

_____
Foreperson

Filed in open court this 26th day

of October 2016.

_____
Clerk

Bail $ _____

GPO 863 525